AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

DANNY TOWNLEY,

           Petitioner,

v.

MAGGIE MILLER-STOUT,

           Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-012-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED without prejudice for failure to exhaust state court remedies.

| | |
|---|---|
| February 5, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |